**Order entered December 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01217-CV

## IN THE INTEREST OF D.C., ET AL., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-06457**

## ORDER

Before the Court is the Department of Family and Protective Services' December 10, 2019 first motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief due on or before December 31, 2019.

/s/     BILL WHITEHILL
JUSTICE